[No. 4980–5–II.   Division Two.   July 30, 1982.]

HOLLY HOMES, INC., *Appellant,* v. THE CITY OF
BREMERTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 69553, Robert J. Bryan, J., entered August 19, 1980. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Petrich, A.C.J., and Worswick, J.

[No. 9998–1–I.   Division One.   August 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK
ANTHONY JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00804–4, Jerome M. Johnson, J., entered February 18 and March 3, 1981. *Affirmed* by unpublished opinion per Ringold, J., concurred in by James and Corbett, JJ.

[No. 10177–3–I.   Division One.   August 2, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RODNEY C.
SUMPTION, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 80–1–01083–7, Robert C. Bibb, J., entered March 27, 1981. *Affirmed* by unpublished opinion per Andersen, C.J., concurred in by James and Williams, JJ.